Karl Alan BILLSTINE, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. WD 46118.

Missouri Court of Appeals,
Western District.

Dec. 22, 1992.

William L. Webster, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Jefferson City, for appellant.

George M. Ely, Hamilton, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and KENNEDY, JJ.

## ORDER

PER CURIAM:

Director appeals from order setting aside suspension under Section 577.041, RSMo Supp.1987.

The judgment is affirmed. Rule 84.16(b).